IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| WILLIE EPPS, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. AW-07-586 |
| | * | |
| PRINCE GEORGE'S COUNTY, MARYLAND, | * | |
| | * | |
| | * | |
| Defendant. | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Before the Court is Plaintiff's Motion for Attorney's Fees and Costs. The Defendant has filed its response and the matter is ripe for resolution. On October 7, 2009, the Court held a hearing on this motion. For the reasons articulated by the Court at the hearing, IT IS this **7th day of October, 2009**, by the United States District Court for the District of Maryland, **ORDERED**:

1. That Plaintiff's Motion for Attorney's Fees and Costs (Docket No. 83) BE, and the same hereby IS, **GRANTED**;

2. That Plaintiff is hereby granted attorney's fees in the amount of $113,446.44 and costs in the amount of $3179.81; AND

3. That the Clerk of the Court transmit a copy of this Order to all counsel of record.

                                                                                   /s/
                                                     Alexander Williams, Jr.
                                                     United States District Judge