**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | |
|---|---|
| WILLIE EPPS, JR., | \* |
| | \* |
| Plaintiff, | \* |
| | \* |
| v. | \*   Civil Action No. AW-07-586 |
| | \* |
| PRINCE GEORGE'S COUNTY, | \* |
| MARYLAND, | \* |
| | \* |
| Defendant. | \* |
| | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

This Court issued a judgment in this case on February 12, 2009, after holding a three-day jury trial, but left Count I of the Second Amended Complaint open because it had not been resolved. On June 24, 2009, Defendant submitted a Status Report on Count I, notifying the Court that both parties agreed no hearing on Count I was necessary. At the October 7, 2009, hearing on attorney's fees in this case, both parties indicated that Count I had been resolved. Thus, as there are no further matters pending in this case for the Court to address, the Court will direct the Clerk of Court to close the case. Accordingly, IT IS this **21st day of October, 2009**, by the United States District Court for the District of Maryland, **ORDERED**:

    1.    That the Clerk of the Court **CLOSE** this case; AND

    2.    That the Clerk of the Court transmit a copy of this Order to all counsel of record.

                                                                           /s/
                                                Alexander Williams, Jr.
                                                United States District Judge